# Exhibit 2

## U.S. Patent No. 8,244,586 ("'586 Patent")

Roku's advertising platform infringes at least Claim 1 of the '586 Patent.

| Claim 1 | Roku's advertising platform |
|---|---|
| 1. A tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising, the method comprising: | To the extent the preamble is limiting, Roku's advertising platform includes a tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising.<br><br>For example, Roku's advertising platform delivers electronic advertisements to audiences who visited a first Internet site, within ad space acquired by Roku on "second" Internet sites, as shown further below.<br><br>*See, e.g.*:<br><br>**OneView™**<br>**The Ad Platform Built for TV Streaming**<br>A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place.<br><br>Reach the most cord cutters of any ad platform<br><br>Leverage TV identity data from the #1 TV streaming platform in the US to manage advertising<br><br>Reach 4 out of 5 homes in America with OneView<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

1

| Claim 1 | Roku's advertising platform |
|---|---|
| (a) automatically creating records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers; | Roku's advertising platform automatically creates records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers.<br><br>For example, Roku's advertising platform automatically creates a computerized record (using, e.g., cookies, pixel tags, or similar technologies) when users visit a "first" Internet site that is desirable to Roku advertisers.<br><br>*See, e.g.*:<br><br>2. Information from Cookies and Similar Technologies<br><br>We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy. |

2

| Claim 1 | Roku's advertising platform |
|---|---|
| | 3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>When you access Roku's Channels and Roku Direct Publisher Channels, we receive information about your activities like the videos and other content you select and view within these channels. If you use the Roku Media Player channel to view your video or photo files or listen to your music files, Roku will collect data about the files viewed within the Roku Media Player, such as codecs, and other metadata of the local files you play through the Roku Media Player.<br><br>C. Information We Receive from Third Parties<br><br>We may receive data about you from other sources like data providers and combine it with the data that we collect from you or your use of the Roku Services. Advertisers that show ads through Roku's advertising services (our "Advertisers") may also provide data about individuals to us to personalize and measure ads through Roku's advertising services.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| (b) automatically facilitating direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have | Roku's advertising platform automatically facilitiates direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag. |

| Claim 1 | Roku's advertising platform |
|---|---|
| visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag; and | For example, Roku's advertising platform directs an ad to visitors of the "second" website by checking the computerized record discussed above for limitation 1(a) and as a result causing an ad to be delivered to the visitor. As a further example, the ad targeted at the visitor to the "second" website contains subject matter relevant to visitors of the "first" site.<br><br>*See, e.g.*:<br><br>**Our Solutions**<br>Leverage our proprietary segments to reach your audience on or off the Roku platform.<br><br>**Audiences**<br>Reach your ideal audience through our custom proprietary segments and third party validation.<br><br>Source: https://advertising.roku.com/advertiser-solutions |

| Claim 1 | Roku's advertising platform |
|---------|------------------------------|
|         | **4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>**5. Marketing and Promotions.** We use your information for marketing purposes, including sending you emails and text messages about products, events, promotions and offers from Roku or its partners or advertisers, and understanding the effectiveness of our marketing; |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 1. Device Information

We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection.

4. Activity, Location, and Usage Information Through Roku's Advertising Services

We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information.

Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| (c) as a result of the acts in parts (a) and (b), automatically causing the first Internet site to receive revenue from the off-site advertisement being | As a result of the acts in parts (a) and (b), Roku's advertising platform automatically causes the first Internet site to receive revenue from the off-site advertisement being directed to the visitor computers that have visited the first Internet site. |

6

| Claim 1 | Roku's advertising platform |
|---|---|
| directed to the visitor computers that have visited the first Internet site. | For example, Roku automatically receives payment for the ad directed to the user of the "second" site, and compensation for that advertisement's display is automatically divided between Roku and the owner of the "first" site.<br><br>*See, e.g.*:<br><br>**In-Flight Attribution Tools**<br>Optimize reach, frequency and performance across OTT, linear TV, desktop, and mobile campaigns<br><br>Direct relationships with 80+ premium OTT publishers and exchanges<br><br>150+ unique 3rd party data vendors with 125,000+ segments for targeting<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 1 | Roku's advertising platform |
|---------|------------------------------|
|         |  Source: https://developer.roku.com/docs/features/engagement/self-serve-promotions.md |