# Exhibit 6

# U.S. Patent No. 8,677,398 ("'398 Patent")

Roku's advertising platform infringes at least Claim 13 of the '398 Patent.

| Claim 13 | Roku's advertising platform |
|---|---|
| 13. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, Roku's advertising platform performs a method implemented using a programmed hardware computer system.<br><br>For example, Roku's advertising platform includes a hardware computer system.<br><br>*See, e.g.*:<br><br>**Roku**<br><br>**OneView™**<br><br>**The Ad Platform Built for TV Streaming**<br><br>A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place.<br><br>Reach the most cord cutters of any ad platform<br><br>Leverage TV identity data from the #1 TV streaming platform in the US to manage advertising<br><br>Reach 4 out of 5 homes in America with OneView<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 13 | Roku's advertising platform |
|---|---|
| (a) based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier; | Roku's advertising platform performs the step of, based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier.<br><br>For example, Roku's platform automatically delivers an advertisement on one device based on profile data associated with a different device.<br><br>*See, e.g.*:<br><br>1. Device Information<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection. |

| Claim 13 | Roku's advertising platform |
|---|---|
| | **4. Activity, Location, and Usage Information Through Roku's Advertising Services**<br><br>We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information.<br><br>**4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>Source: [https://docs.roku.com/published/userprivacypolicy/en/us](https://docs.roku.com/published/userprivacypolicy/en/us) |

| Claim 13 | Roku's advertising platform |
|---|---|
| | What is a cookie?

A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests.

Source: https://docs.roku.com/published/cookiepolicy/en/us |
| (b) wherein the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area | In the method performed by the Roku advertising platform, the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network.

For example, in probabilistic device-linking, the identifiers for different devices are associated based on their connection to a common LAN.

*See, e.g.*: |

4

| Claim 13 | Roku's advertising platform |
|---|---|
| network through the Internet but is not in the local area network. | **B. Information We Collect Automatically Through the Roku Services**<br><br>**1. Device Information**<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection.<br><br>**3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 13 | Roku's advertising platform |
|---|---|
| | Probabilistic device-linking approaches use data analysis to associate multiple devices to a specific consumer or household. Let's say a marketer serves an ad to a desktop on a certain WiFi residential address. Later, the marketer sees a mobile device using that same Wi-Fi connection. It's probable -- but not certain -- that the device is part of that household. As you can see, this approach delivers more scale, but with less assurance that the linkages are accurate.<br><br>Source: https://www.mediapost.com/publications/article/255323/probabilistic-or-deterministicwhats-the-best (by Laura Koulet - Senior Product Manager DataXu)<br><br>"DataXu helps crack the code of cross device usage, enabling you to deliver your brand's message to the right consumers at the right time in the right format on the right device. By combining deterministic and probabilistic data together and creating a curated graph, DataXu is able to fully understand how people or households engage with brands across each device along their path to purchase." |

| Claim 13 | Roku's advertising platform |
|---|---|
| | 
Source: Cross-device solutions made simple: discover dataxu's OneView technology https://www.youtube.com/watch?v=ZCYttkjjtHY (1:58-2:20) |