# Exhibit 8

# U.S. Patent No. 10,715,878 ("'878 Patent")

Roku's advertising platform infringes at least Claim 1 of the '878 Patent.

| Claim 1 | Roku's advertising platform |
|---|---|
| 1. A method for identifying an association among multiple electronic devices of a group of devices connected through a common local area network (LAN) and using the association for cross-device action, the method comprising: | To the extent the preamble is limiting, Roku's advertising platform performs a method for identifying an association among multiple electronic devices of a group of devices connected through a common local area network (LAN) and using the association for cross-device action.<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(d) below.<br><br>![Roku OneView - The Ad Platform Built for TV Streaming. A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place. Reach the most cord cutters of any ad platform. Leverage TV identity data from the #1 TV streaming platform in the US to manage advertising. Reach 4 out of 5 homes in America with OneView.]<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 1 | Roku's advertising platform |
|---|---|
| (a) with a computer system, determining an association between device identifiers of two or more Internet-accessing electronic devices based on electronically stored association-detection information about a plurality of Internet-accessing electronic devices, wherein the stored association-detection information for each of the plurality of Internet-accessing electronic devices includes:<br>(i) a device identifier;<br>(ii) at least one dynamically assigned IP address assigned to a modem that connects a router of the LAN to the Internet; and<br>(iii) at least one timestamp specifying a time when the Internet-accessing electronic device accessed the Internet via the router of the LAN; | Roku's advertising platform performs the step of, with a computer system, determining an association between device identifiers of two or more Internet-accessing electronic devices based on electronically stored association-detection information about a plurality of Internet-accessing electronic devices, wherein the stored association-detection information for each of the plurality of Internet-accessing electronic devices includes: (i) a device identifier; (ii) at least one dynamically assigned IP address assigned to a modem that connects a router of the LAN to the Internet; and (iii) at least one timestamp specifying a time when the Internet-accessing electronic device accessed the Internet via the router of the LAN.<br><br>For example, Roku's platform automatically delivers an advertisement on one device based on profile data associated with a different device, where that assocation is determined using information including a device identifier, a dynamically assigned IP address assigned to an Internet-connected modem, and a timestamp indicating when a device accessed the Internet via a LAN's router.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 1. Device Information

We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection.

4. Activity, Location, and Usage Information Through Roku's Advertising Services

We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.  Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **What is a cookie?**<br><br>A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests.<br><br>Source: https://docs.roku.com/published/cookiepolicy/en/us<br><br>Probabilistic device-linking approaches use data analysis to associate multiple devices to a specific consumer or household. Let's say a marketer serves an ad to a desktop on a certain WiFi residential address. Later, the marketer sees a mobile device using that same Wi-Fi connection. It's probable -- but not certain -- that the device is part of that household. As you can see, this approach delivers more scale, but with less assurance that the linkages are accurate. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | Source: https://www.mediapost.com/publications/article/255323/probabilistic-or-deterministicwhats-the-best (by Laura Koulet - Senior Product Manager DataXu) |
| | "DataXu helps crack the code of cross device usage, enabling you to deliver your brand's message to the right consumers at the right time in the right format on the right device. By combining deterministic and probabilistic data together and creating a curated graph, DataXu is able to fully understand how people or households engage with brands across each device along their path to purchase." |
| | ![Cross-device illustration showing devices connecting home to purchase, with caption: "people or households engage with brands across each device along their path to"] |
| | Source: Cross-device solutions made simple: discover dataxu's OneView technology https://www.youtube.com/watch?v=ZCYttkjjtHY (1:58-2:20) |

| Claim 1 | Roku's advertising platform |
|---|---|
| (b) wherein determining the association in part (a) is done by using the stored association-detection information to determine that the two or more Internet-accessing electronic devices have separately accessed the Internet through a router of the LAN during a predetermined period of time via a common IP address; | In Roku's advertising platform, determining the association in part (a) is done by using the stored association-detection information to determine that the two or more Internet-accessing electronic devices have separately accessed the Internet through a router of the LAN during a predetermined period of time via a common IP address.<br><br>For example, Roku servers store indicia of the association between devices and Roku's advertising platform uses that stored data to determine two devices accessed the Internet through the same LAN during a predetermined period of time via a common IP address.<br><br>*See, e.g.*:<br><br>**B. Transfers**: Roku is a global company with affiliates, varied business processes, management structures and technical systems that cross borders. Information collected by Roku or on our behalf may be stored on your Roku Devices, on your mobile device if you use Roku's mobile apps, or on our servers, and may be transferred to, accessed from, or stored and processed globally in any other country where Roku or its service providers maintain facilities or call centers, including jurisdictions that may not have data privacy laws that provide protections equivalent to those provided in your home country. While such information is outside of your country of residence, it is subject to the laws of the country in which it is held, and may be subject to disclosure to the governments, courts or law enforcement or regulatory agencies of such other country, pursuant to the laws of such country. We will protect all personal information we obtain in accordance with this Privacy Policy and take reasonable steps to ensure that it is treated lawfully.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 1. Device Information

We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>When you access Roku's Channels and Roku Direct Publisher Channels, we receive information about your activities like the videos and other content you select and view within these channels. If you use the Roku Media Player channel to view your video or photo files or listen to your music files, Roku will collect data about the files viewed within the Roku Media Player, such as codecs, and other metadata of the local files you play through the Roku Media Player. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Activity, Location, and Usage Information Through Roku's Advertising Services**

We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information.

**4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.

Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| (c) wherein the computer system determining the | In Roku's advertising platform, the computer system determining the association in part (a) is outside the LAN and is connected to the LAN through the Internet. |

| Claim 1 | Roku's advertising platform |
|---|---|
| association in part (a) is outside the LAN and is connected to the LAN through the Internet; and | For example, Roku's servers determine the association in part (a), and those servers are not part of the LAN.<br><br>*See, e.g.*:<br><br>**B. Transfers:** Roku is a global company with affiliates, varied business processes, management structures and technical systems that cross borders. Information collected by Roku or on our behalf may be stored on your Roku Devices, on your mobile device if you use Roku's mobile apps, or on our servers, and may be transferred to, accessed from, or stored and processed globally in any other country where Roku or its service providers maintain facilities or call centers, including jurisdictions that may not have data privacy laws that provide protections equivalent to those provided in your home country. While such information is outside of your country of residence, it is subject to the laws of the country in which it is held, and may be subject to disclosure to the governments, courts or law enforcement or regulatory agencies of such other country, pursuant to the laws of such country. We will protect all personal information we obtain in accordance with this Privacy Policy and take reasonable steps to ensure that it is treated lawfully.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 4. **Advertising Services**. We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| (d) with the computer system, using the association determined in part (a) to utilize user profile information associated with the device identifier of a first of the associated Internet-accessing electronic devices, and comprising behavioral or demographic data collected via the first of the associated Internet-accessing electronic devices, to take an automatic | Roku's advertising platform performs the step of, with the computer system, using the association determined in part (a) to utilize user profile information associated with the device identifier of a first of the associated Internet-accessing electronic devices, and comprising behavioral or demographic data collected via the first of the associated Internet-accessing electronic devices, to take an automatic action with respect to a second of the associated Internet-accessing electronic devices using the device identifier of the second of the associated Internet-accessing electronic devices.<br><br>For example, Roku's platform automatically delivers an advertisement on one device based on profile data associated with a different device.<br><br>*See, e.g.*: |

| Claim 1 | Roku's advertising platform |
|---|---|
| action with respect to a second of the associated Internet-accessing electronic devices using the device identifier of the second of the associated Internet-accessing electronic devices. | **1. Device Information**

We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection.

**4. Activity, Location, and Usage Information Through Roku's Advertising Services**

We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **What is a cookie?**<br><br>A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests.<br><br>Source: https://docs.roku.com/published/cookiepolicy/en/us |