# Exhibit 10

# U.S. Patent No. 8,566,164 ("'164 Patent")

Roku's advertising platform infringes at least Claim 1 of the '164 Patent.

| Claim 1 | Roku's advertising platform |
|---|---|
| 1. A method implemented using a programmed hardware computer system coupled to the Internet, the method comprising: | Roku's advertising platform performs a method implemented using a programmed hardware computer system coupled to the Internet.<br><br>For example, the method is implemented using Roku's computer systems which include the OneView ad platform.<br><br>*See, e.g.*:<br><br>![OneView - The Ad Platform Built for TV Streaming. A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place. Reach the most cord cutters of any ad platform. Leverage TV identity data from the #1 TV streaming platform in the US to manage advertising. Reach 4 out of 5 homes in America with OneView.]<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 1 | Roku's advertising platform |
|---|---|
| (a) with the computer system automatically causing, in response to online activity from a first online user interface device, a first selected online advertisement to be directed to the first online user interface device, which online user interface device corresponds, at a time the first selected online advertisement is directed, to a first online access identifier; | Roku's advertising platform performs the step of, with the computer system automatically causing, in response to online activity from a first online user interface device, a first selected online advertisement to be directed to the first online user interface device, which online user interface device corresponds, at a time the first selected online advertisement is directed, to a first online access identifier.<br><br>For example, Roku's advertising platform collects data from various user devices, such as laptops, desktops, and smartphones, and stores access identifiers such as tags, cookies, identifiers of operating system, etc. As a further example, Roku's advertising platform automatically serves advertisements to these user devices in response to online activity.<br><br>*See, e.g.*:<br><br>B. Information We Collect Automatically Through the Roku Services<br><br>1. Device Information<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**

We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.

**4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.

Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **Introduction**<br><br>This Cookies Policy ("**Policy**") describes how Roku, its subsidiaries and affiliated companies (collectively referred to as "**Roku**," "**we**," "**us**," or "**our**") collect and process information about you on the Roku websites ("**Roku Sites**") through the use of cookies. We use the term "**cookies**" in this Policy to refer to website cookies and also to similar technologies that may collect information automatically when you visit the Roku Sites (such as pixel tags, web beacons, device IDs and similar technologies). For information about tracking on products utilizing Roku's streaming platform (including the Roku players and Roku TVs), please click here to review Roku's Privacy Policy.<br><br>**What is a cookie?**<br><br>A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests.<br><br>Source: https://docs.roku.com/published/cookiepolicy/en/us |

| Claim 1 | Roku's advertising platform |
| --- | --- |
| (b) wherein the first selected online advertisement is selected based on information from a first user profile, which first user profile references or includes a first set-top box identifier that the computer system has electronically associated with the first online access identifier; | In Roku's advertising platform, the the first selected online advertisement is selected based on information from a first user profile, which first user profile references or includes a first set-top box identifier that the computer system has electronically associated with the first online access identifier.<br><br>For example, the Roku advertising platform directs an online advertisement to the device corresponding to an online access identifier in response to online activity, and that ad is selected based on a user's profile information.<br><br>*See, e.g.*:<br><br>1. Device Information<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Activity, Location, and Usage Information Through Roku's Advertising Services**<br><br>We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| (c) wherein the information in part (b) is derived at least in part from automatically collected first data related to user behavior with respect to at least one television advertisement delivered to a set-top box, which set-top box corresponds, at a time of that user behavior, to the first set-top box identifier; and | In the Roku advertising platform, the information in part (b) is derived at least in part from automatically collected first data related to user behavior with respect to at least one television advertisement delivered to a set-top box, which set-top box corresponds, at a time of that user behavior, to the first set-top box identifier.<br><br>For example, the user profile associated with a user device contains information derived from user interaction with contend and ads, including ads delivered to Roku set-top box devices.<br><br>*See, e.g.*:<br><br>**OneView**™<br>**The Ad Platform Built for TV Streaming**<br>A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **Proprietary Audiences** Activate more than 100 unique segments based on data from the #1 TV streaming platform in the U.S.<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf)<br><br>**3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>When you access Roku's Channels and Roku Direct Publisher Channels, we receive information about your activities like the videos and other content you select and view within these channels. If you use the Roku Media Player channel to view your video or photo files or listen to your music files, Roku will collect data about the files viewed within the Roku Media Player, such as codecs, and other metadata of the local files you play through the Roku Media Player. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us<br><br>**Roku Advertising Framework overview**<br><br>The Roku Advertising Framework (RAF) enables the seamless integration of video advertising into your channels. The RAF library, which is built directly into the Roku SDK, includes the following features that make it easy to provide a consistent ad experience across channels:<br><br>• Parsing of ads in VAST2, VAST3, VMAP, and FreeWheel's SmartXML formats (see the table below for details).<br>• Built-in solution for displaying client-side (CSAI) video ads that works with Google Ad Manager (formerly known as DFP), FreeWheel, SpotX, and other 3rd-party servers.<br>• Playback control for server-stitched ads.<br>• Client-side handling of tracking events that is aligned with the IAB/MRC's impression measurement guidelines.<br>• Audience measurement via Nielsen DAR/DCR, Comscore vCE, and other platforms.<br>• Interactive ads through Innovid, BrightLine, and Roku.<br>• Client-side solutions to minimize buffering between ads and content.<br>• Samples for implementing server-side ad insertion (SSAI) with Verizon Media Services, Adobe, Brightcove, Yospace, AWS Elemental MediaTailor servers, and Google Ad Manager Dynamic Ad Insertion (DAI).<br><br>Souce: https://developer.roku.com/docs/developer-program/advertising/roku-advertising-framework.md |

| Claim 1 | Roku's advertising platform |
|---|---|
| (d) wherein the first set-top box identifier and the first online access identifier are associated without using personally identifiable information pertaining to either a user of the first online user interface device or a user of the set-top box that corresponds to the first set-top box identifier, based on automatically recognizing that the online user interface device corresponding to the first online access identifier and the set-top box corresponding to the first set-top box identifier are connected, independently of each other, to a common local area network. | In Roku's advertising platform, the first set-top box identifier and the first online access identifier are associated without using personally identifiable information pertaining to either a user of the first online user interface device or a user of the set-top box that corresponds to the first set-top box identifier, based on automatically recognizing that the online user interface device corresponding to the first online access identifier and the set-top box corresponding to the first set-top box identifier are connected, independently of each other, to a common local area network.<br><br>For example, in the usage of Roku's probabilistic device-linking, a set-top box identifier and online access identifier are associated based on their connection to a common LAN.<br><br>*See, e.g.*:<br><br>B. Information We Collect Automatically Through the Roku Services<br><br>1. Device Information<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us<br><br>Probabilistic device-linking approaches use data analysis to associate multiple devices to a specific consumer or household. Let's say a marketer serves an ad to a desktop on a certain WiFi residential address. Later, the marketer sees a mobile device using that same Wi-Fi connection. It's probable -- but not certain -- that the device is part of that household. As you can see, this approach delivers more scale, but with less assurance that the linkages are accurate.<br><br>Source: https://www.mediapost.com/publications/article/255323/probabilistic-or-deterministicwhats-the-best (by Laura Koulet - Senior Product Manager DataXu)<br><br>"DataXu helps crack the code of cross device usage, enabling you to deliver your brand's message to the right consumers at the right time in the right format on the right device. By combining deterministic and probabilistic data together and creating a curated graph, DataXu is able to fully understand how people or households engage with brands across each device along their path to purchase." |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 
Source: Cross-device solutions made simple: discover dataxu's OneView technology https://www.youtube.com/watch?v=ZCYttkjjtHY (1:58-2:20) |