# Exhibit 14

# U.S. Patent No. 10,628,857 ("'857 Patent")

Roku's advertising platform infringes at least Claim 1 of the '857 Patent.

| Claim 1 | Roku's advertising platform |
|---|---|
| 1. A method of facilitating off-site targeted Internet advertising with a first computer controlled by a proprietor of a first Internet site, which proprietor has sold, for a first price, placements of an electronic advertisement on other Internet sites, which advertisement is directed to an offering of a third-party advertiser, the method comprising automatically: | To the extent the preamble is limiting, Roku's advertising platform performs a method of facilitating off-site targeted Internet advertising with a first computer controlled by a proprietor of a first Internet site, which proprietor has sold, for a first price, placements of an electronic advertisement on other Internet sites, which advertisement is directed to an offering of a third-party advertiser.<br><br>For example, Roku's advertising platform delivers electronic advertisements to audiences who visited a "first" Internet site, within ad space acquired by Roku on "second" Internet sites, as shown further below.<br><br>*See, e.g.*:<br><br>**OneView™** Roku<br>**The Ad Platform Built for TV Streaming**<br>A single platform for marketers to reach more cord cutters and measure performance. Advertisers can manage their entire campaign – including OTT, desktop, and mobile campaigns – all in one place.<br><br>Reach the most cord cutters of any ad platform    Leverage TV identity data from the #1 TV streaming platform in the US to manage advertising    Reach 4 out of 5 homes in America with OneView |

| Claim 1 | Roku's advertising platform |
|---|---|
| | Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf)<br><br>c. Under **Campaign type**, select the type of metric to be used for the campaign: **CPI** (cost per install; for display ads only) or **CPM** (cost per 1,000 impressions; for display or video campaigns).<br><br><br><br>Source: https://developer.roku.com/docs/features/engagement/self-serve-promotions.md |

| Claim 1 | Roku's advertising platform |
|---|---|
| a. with the first computer, in conjunction with a second computer controlling ad space on the second Internet site, which second computer is controlled by an agency under contract with the proprietor of the second Internet site, detecting visitor computers visiting the second Internet site that have visited a first Internet site and that have a cookie that: i. is stored on the visitor computer as a consequence of said visitor computer having visited the first Internet site; and ii. allows access to information in a database accessible to the first computer;<br>b. with the first computer using the information in the database to identify those of the visitor computers visiting the second Internet site that have conducted a specific predetermined action on the first Internet site; | Roku's advertising platform performs the steps of (a) with the first computer, in conjunction with a second computer controlling ad space on the second Internet site, which second computer is controlled by an agency under contract with the proprietor of the second Internet site, detecting visitor computers visiting the second Internet site that have visited a first Internet site and that have a cookie that: i. is stored on the visitor computer as a consequence of said visitor computer having visited the first Internet site; and ii. allows access to information in a database accessible to the first computer; and<br>(b) with the first computer using the information in the database to identify those of the visitor computers visiting the second Internet site that have conducted a specific predetermined action on the first Internet site;<br><br>For example, when visitors visit a "first" Internet site that is desirable to Roku advertisers, Roku's advertising platform automatically creates or adds to a computerized record including profile information about the visitor which is keyed to a tag on the visitor computer, and which record includes information about the visit to the first site.<br><br>*See, e.g.*:<br><br>2. Information from Cookies and Similar Technologies<br><br>We and our business partners collect information on websites and in our emails using cookies, pixel tags, or similar technologies. We and our business partners, such as analytics and advertising partners, may use these technologies to collect information about your online activities over time and across different online services. For more information on how we and others use cookies and related technologies on Roku Sites, and your choices regarding the use of these technologies for tracking on the Roku Sites, please click here to review the Roku Cookies Policy. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **3. Activity and Usage Information on Roku Sites, Roku's Mobile Apps, Roku's Channels and Roku Devices**<br><br>We receive information about your interactions with the Roku Services, such as your browsing history, search history, search results, audio information when you use voice-enabled features, channels you access (including usage statistics such as what channels you access, the time you access them, and how long you spend viewing them), interactions with content and ads, and settings and preferences.<br><br>When you access Roku's Channels and Roku Direct Publisher Channels, we receive information about your activities like the videos and other content you select and view within these channels. If you use the Roku Media Player channel to view your video or photo files or listen to your music files, Roku will collect data about the files viewed within the Roku Media Player, such as codecs, and other metadata of the local files you play through the Roku Media Player.<br><br>**C. Information We Receive from Third Parties**<br><br>We may receive data about you from other sources like data providers and combine it with the data that we collect from you or your use of the Roku Services. Advertisers that show ads through Roku's advertising services (our "Advertisers") may also provide data about individuals to us to personalize and measure ads through Roku's advertising services.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **Introduction**

This Cookies Policy ("**Policy**") describes how Roku, its subsidiaries and affiliated companies (collectively referred to as "**Roku**," "**we**," "**us**," or "**our**") collect and process information about you on the Roku websites ("**Roku Sites**") through the use of cookies. We use the term "**cookies**" in this Policy to refer to website cookies and also to similar technologies that may collect information automatically when you visit the Roku Sites (such as pixel tags, web beacons, device IDs and similar technologies). For information about tracking on products utilizing Roku's streaming platform (including the Roku players and Roku TVs), please click here to review Roku's Privacy Policy.

**What is a cookie?**

A cookie is a small text file that a Web server places on your computer or mobile device when you visit a website. This small text file includes a unique identifier that distinguishes your computer or mobile device from other devices. Cookies serve a number of purposes such as letting you navigate between webpages efficiently, remembering your preferences, and generally improving the user experience. Cookies may tell us, for example, whether you have visited the Roku Sites before or whether you are a new visitor. They can also help to ensure that content we display, ads you see online, and marketing messages are more relevant to you and your interests. |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **How long do cookies last?**<br><br>Cookies can remain on your computer or mobile device for different periods of time. Some cookies are "session cookies". These exist only while your browser is open and are deleted automatically once you close your browser. Other cookies are "persistent cookies". These cookies survive after your browser is closed until a defined expiration date. They can be used by websites to recognize your computer when you open your browser and browse the Internet again.<br><br>**What other technologies are used to track my website visits?**<br><br>We and others may also use other technologies for tracking, such as pixel tags and web beacons. Web beacons and pixel tags are electronic images that may be used on Roku Sites or in our emails. We use web beacons, for example, to deliver cookies, count visits, understand usage of the Roku Sites, analyze the effectiveness of Roku Site features and campaigns, and tell if an email has been opened and acted upon.<br><br>**How to manage or delete cookies on Roku Sites**<br><br>The following are examples of how you can manage or delete many of the cookies served through the Roku Sites:<br><br>- **Cookie opt-out links.** You may manage or opt-out of certain uses of many cookies served through this Roku Site by using the Cookie Consent Tool provided.<br><br>Source: https://docs.roku.com/published/cookiepolicy/en/us |

| Claim 1 | Roku's advertising platform |
|---|---|
| | 150+ unique 3rd party data vendors with 125,000+ segments for targeting<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 1 | Roku's advertising platform |
|---|---|
| | BOSTON, May 10, 2017 (GLOBE NEWSWIRE) -- DataXu, a leading provider of programmatic marketing solutions and Silver level member of Oracle PartnerNetwork (OPN), today announced the first self-serve TV buying platform that enables brands and agencies of all sizes to connect the dots between digital and TV, reaching custom audiences and accessing insights covering the full gamut of addressable devices. Working with Oracle Data Cloud and other leading data providers, the DataXu Platform uses its proprietary OneView technology to enable users to define custom audiences and seamlessly engage them across websites, mobile apps and TV content often sought by advertisers.<br><br>According to Pivotal Research's Brian Wieser, total TV consumption was down by -4% year-over-year in March 2017 vs. March 2016 among adults 18-49, although consumption of TV via internet-connected devices among this same group grew by +54% over the same time period.<br><br>Reaching a given consumer with a consistent message and desired frequency remains a challenge for both digital marketers and TV buyers alike. With DataXu, marketers can now deliver the experience they want across all device types, including TV, from message sequencing to optimal exposure frequency, all with the click of a button. OneView enables marketers to define custom audiences based on their own first-party data and third-party data from leading data providers like Oracle Data Cloud.<br><br>OneView also allows marketers who have developed custom digital audiences through the Oracle Data Cloud to leverage the same audiences in TV. With DataXu, marketers are able to go beyond standard age and gender guarantees with custom audiences and insights that can be used as extensions to increasingly popular "secondary guarantees" found as part of today's TV buys.<br><br>"The connected consumer has changed the TV game forever. The good news for marketers is that collaborations like the one we've developed with DataXu enable unprecedented accessibility and control over TV buying," said Joe Kyriakoza, General Manager of Automotive and TV Solutions, Oracle Data Cloud. "DataXu's OneView technology represents an early look at the future of how TV will be planned and bought, and this partnership further illustrates Oracle Data Cloud's aggressive push into TV."<br><br>Source: https://www.globenewswire.com/news-release/2017/05/10/981834/0/en/DataXu- First-to-Offer-OTT-TV-Buying-with-Custom-Audiences.html |
| c. with the first computer, communicating with the second computer to cause the second computer to direct the electronic advertisement to those of the visitor computers that have been identified, as a | Roku's advertising platform performs the step of, with the first computer, communicating with the second computer to cause the second computer to direct the electronic advertisement to those of the visitor computers that have been identified, as a result of part (b), as having conducted the specific predetermined action on the first Internet site, for display in ad space on the second Internet site by the identified visitor computers. |

8

| Claim 1 | Roku's advertising platform |
|---|---|
| result of part (b), as having conducted the specific predetermined action on the first Internet site, for display in ad space on the second Internet site by the identified visitor computers; and | For example, Roku's advertising platform facilitiates the delivery of a targeted ad to the visitor visiting a "second" website, and the ad that is delivered is determined using the tag and associated records indicating that the visitor has performed certain actions the "first" site, and that ad is targeted to visitors of the first site.<br><br>*See, e.g.*:<br><br>**Our Solutions**<br>Leverage our proprietary segments to reach your audience on or off the Roku platform.<br><br>**Audiences**<br>Reach your ideal audience through our custom proprietary segments and third party validation.<br><br>Source: https://advertising.roku.com/advertiser-solutions |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **4. Advertising Services.** We use your information to show you ads (including personalized ads) through the Roku Services, on Third-Party Channels, and on third-party websites, mobile apps, platforms and devices. We use your information to measure and understand the reach, viewership, and effectiveness of advertising, and provide advertising analytics and reporting. We also help Advertisers and advertising partners reach the desired audience and understand and improve their ad campaigns. We associate the browsers and devices (such as smartphones, tablets, streaming players, connected TVs, and computers) used by the same individual or household for purposes of advertising to that individual or household on different browsers or devices. This allows, for example, ads you see on your tablet to be based on activities you engaged in on your Roku TV.<br><br>**5. Marketing and Promotions.** We use your information for marketing purposes, including sending you emails and text messages about products, events, promotions and offers from Roku or its partners or advertisers, and understanding the effectiveness of our marketing; |

| Claim 1 | Roku's advertising platform |
|---|---|
| | **1. Device Information**<br><br>We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection.<br><br>**4. Activity, Location, and Usage Information Through Roku's Advertising Services**<br><br>We may receive information about your activities on other websites, apps, and connected devices (including Smart TVs) to which Roku provides advertising or measurement and analytics services, including the content you view, the date and time of your visits, how you interact with these websites, apps and devices, and how you interact and respond to ads. We may also receive your precise geolocation information.<br><br>Source: https://docs.roku.com/published/userprivacypolicy/en/us |
| d. with the first computer, causing a proprietor of the second Internet site to receive revenue, as a result of part (c), in an amount less than the first | Roku's advertising platform performs the step of, with the first computer, causing a proprietor of the second Internet site to receive revenue, as a result of part (c), in an amount less than the first price, for display of the advertisement, wherein the proprietor of the first Internet site retains at least part of the difference between the first price and the revenue received by the proprietor of the second Internet site. |

| Claim 1 | Roku's advertising platform |
|---|---|
| price, for display of the advertisement;<br>e. wherein the proprietor of the first Internet site retains at least part of the difference between the first price and the revenue received by the proprietor of the second Internet site. | For example, Roku automatically receives payment for the ad being directed to the audience of "first" site visitors on the "second" site," and this payment is divided between Roku, the owner of the "first" site, and the owner of the "second" site.<br><br>*See, e.g.*:<br><br>**In-Flight Attribution Tools**<br>Optimize reach, frequency and performance across OTT, linear TV, desktop, and mobile campaigns<br><br>Direct relationships with 80+ premium OTT publishers and exchanges<br><br>150+ unique 3rd party data vendors with 125,000+ segments for targeting<br><br>Source: https://info.advertising.roku.com/Oneview_Product_Guide (Roku OneView_The_Ad_Platform_Built_for_TV_Streaming_One_Sheet.pdf) |

| Claim 1 | Roku's advertising platform |
|---|---|
| | c. Under **Campaign type**, select the type of metric to be used for the campaign: **CPI** (cost per install; for display ads only) or **CPM** (cost per 1,000 impressions; for display or video campaigns).<br><br><br><br>Source: https://developer.roku.com/docs/features/engagement/self-serve-promotions.md |